■ In the Matter of UNIQUE JOHNSON, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [720 NYS2d 428] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner contends that the determination is arbitrary and capricious because the Hearing Officer failed to set forth the evidence upon which he relied. We disagree, and conclude that the Hearing Officer's decision complied with the requirements of 7 NYCRR 254.7 (a) (5). We reject petitioner's further contention that the determination is not supported by substantial evidence (*see, Matter of Bryant v Coughlin*, 77 NY2d 642, 647; *Matter of Anderson v Goord*, 270 AD2d 836). Finally, petitioner failed to exhaust his administrative remedies with respect to his contention concerning the alleged violation of 7 NYCRR 251-3.1 (b), and we have no discretionary power to review that contention (*see, Matter of Nelson v Coughlin*, 188 AD2d 1071, *appeal dismissed* 81 NY2d 834). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Chautauqua County, Gerace, J.) Present— Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD L. SENNETT, Appellant. [720 NYS2d 428] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the plea or to vacate the judgment of conviction, defendant failed to preserve for our review his challenge to the factual sufficiency of the plea allocution (*see, People v Lopez*, 71 NY2d 662, 665; *People v Engert*, 263 AD2d 959, *lv denied* 93 NY2d 1017). The plea allocution did not engender significant doubt regarding the voluntariness of the plea to bring this case within the narrow exception to the preservation doctrine (*see, People v Toxey*, 86 NY2d 725, 726, *rearg denied* 86 NY2d 839; *People v Lopez, supra*, at 666). The bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sexual Abuse, 1st Degree.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.